**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ray Antoine ROBERTSON,
Defendant–Appellant.**

No. 12–6156.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 30, 2012.

Decided: June 12, 2012.

Ray Antoine Robertson, Appellant Pro Se. Michael Calvin Moore, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ray Antoine Robertson appeals the district court's order denying relief on his motion seeking a reduction in his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and conclude that the revised drug equivalency tables implemented by Amendment 750, *U.S. Sentencing Guidelines Manual* (USSG) § 2D1.1 cmt. n. 10(D) (2011), do not alter Robertson's sentence. *See* USSG §§ 1B1.10, 2D1.1(c)(4), app. C Amend. 750.

Accordingly, we affirm the district court's order. We deny Robertson's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*